DeAnne Casperson, Esq. (ISB No. 6698)
dcasperson@workandwage.com
Ryan S. Dustin, Esq. (ISB No. 8683)
rdustin@workandwage.com
CASPERSON & DUSTIN PLLC
356 W. Sunnyside Rd., Suite B
Idaho Falls, ID 83402
Telephone: (208) 524-0566
Facsimile: (208) 745-2523

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THOMAS WADE,<br><br>Plaintiff,<br><br>v.<br><br>LAUREN MOSTELLER, INC. a Georgia Corporation, doing business as Chick-fil-A,<br><br>Defendants. | Case No. 4:25-cv-00139-DKG<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Thomas Wade and Defendant Lauren Mosteller, Inc., dba Chick-fil-A, by and through their undersigned counsel of record, hereby stipulate that the above matter be dismissed with prejudice, each party to pay their own costs and attorneys' fees incurred in this matter.

SO STIPULATED:

/s/ *Ryan S. Dustin*
RYAN S. DUSTIN
Attorney for Plaintiff

*/s/ Kelly Drew Rooksby*
KELLY DREW ROOKSBY
Attorney for Defendant